IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02475-PAB-BNB

ERNESTO ARIAS, SR.,

Plaintiff,

v.

JUDITH C. HEMBROUGH,
VICTOR M. CARBAJAL-TINOC, and
PENA GRACIANO,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 11, filed 1/8/2009] (the "Motion"). The Motion fails meaningfully to comply with the requirements of D.C.COLO.LCivR 7.1A because it reports a single telephone call to which no response has been received. See Hoelzel v. First Select Corp., 214 F.R.D. 634, 636 (D. Colo. 2003). In addition, no proposed amended complaint is attached to the Motion. I will consider a motion to amend only when the proposed amendment is attached as an exhibit, so that I may consider the propriety of the amended claims as stated in the proposed amended pleading. The plaintiff may refile his Motion in a manner that complies with this order.

IT IS ORDERED that the Motion is DENIED.

Dated January 12, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge