IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02475-MJW-BNB

ERNESTO ARIAS, SR.,

Plaintiff,

v.

JUDITH C. HEMBROUGH,

Defendant.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Second Motion for Leave to Amend Complaint (Docket No. 27) is granted, and the tendered Amended Complaint (Docket No. 27-2) is accepted for filing as of the date of this Minute Order.

Date: February 5, 2009