IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02475-MJW-BNB

ERNESTO ARIAS, SR.,

Plaintiff,

v.

JUDITH C. HEMBROUGH, et al.,

Defendants.

---

MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Plaintiff's Motion to Remand to District Court of Colorado (docket no. 31) is **DENIED WITHOUT PREJUDICE** and is premature since Plaintiff has not served the Co-Defendants Victor M. Carbajal-Tinoc or Pena Graciano. Plaintiff is granted leave to renew his Motion to Remand once Plaintiff serves either or both of the Co-Defendants Victor M. Carbajal-Tinoc and Pena Graciano.

Date: March 30, 2009