IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02475-MJW-BNB

ERNESTO ARIAS, SR.,

Plaintiff,

v.

JUDITH C.  HEMBROUGH, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Plaintiff's Notice of Voluntary Dismissal (docket no. 40), it is hereby **ORDERED** that the claims by Plaintiff Ernesto Arias, Sr. against Defendants Victor M. Carbajal-Tinoc and Pena Graciano are **DISMISSED WITH PREJUDICE**.

     Based upon the Plaintiff's Status Report (docket no. 41) that the Plaintiff Ernesto Arias, Sr. and Defendant Judith C. Hembrough have reached a settlement agreement, it is hereby **ORDERED** that the Motions Hearing set on May 29, 2009, at 9:00 a.m. is **VACATED**.

     It is **FURTHER ORDERED** that the remaining parties shall file their Stipulated Motion for Dismissal with the court on or before June 8, 2009, or show cause why this case should not be dismissed between Plaintiff Ernesto Arias, Sr., and Defendant Judith C. Hembrough.

     It is **FURTHER ORDERED** that the Plaintiff's Second Motion to Remand to District Court of Colorado (docket no. 37) is **MOOT** and therefore **DENIED** since the parties have settled their case in its entirely.

Date:   May 27, 2009