IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-2475-MJW-BNB

ERNESTO ARIAS, SR.,

     Plaintiff,

  v.

JUDITH C. HEMBROUGH,

     Defendant.

_____

ORDER FOR DISMISSAL WITH PREJUDICE ( Docket No 45)
_____

     The Stipulation for Dismissal with Prejudice by the parties having come before the Court, and appearing well founded;

     IT IS HEREBY ORDERED that this action is dismissed with prejudice each party to bear their own costs and attorney's fees incurred herein.

     SO ORDERED this 11 Th day of June, 2009.

BY THE COURT:

_____
United States District Court Judge

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**